1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERRY R. WHITE,

Plaintiff,

v.

MICHAEL J ASTRUE, Commissioner of
Social Security,

Defendant.

Case No. C11-5860-JLR

**ORDER AFFIRMING THE
COMMISSIONER**

13    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

14  papers and exhibits filed in support of and opposition thereto, the Report and Recommendation

15  of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the

16  record, does hereby find and **ORDER**:

17    (1)    The Court adopts the Report and Recommendation.

18    (2)    The final decision of the Commissioner is **AFFIRMED**, and this case is **DISMISSED**

19           with prejudice.

20    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

21    DATED this 2nd day of Nov. , 2012.

22

23
                                              _____
                                              JAMES L. ROBART
                                              United States District Judge

ORDER AFFIRMING THE COMMISSIONER - 1